E-FILING



FILED

ADR

APR 08 2019

SUBAN Y. BOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



Peter Strojnik (Sr.),
7847 N. Central Avenue
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: **19    1875**   NC

Peter Strojnik (Sr.),

                Plaintiff,

vs.

Bernardus LLC dba Bernardus Lodge &
Spa

                Defendant.

**VERIFIED COMPLAINT**

1. **Americans with Disabilities Act**
2. **Discrimination in Public Accommodations (State Law)**
3. **Negligence**

**JURY TRIAL REQUESTED**

1. Plaintiff brings this action pursuant to the (1) Americans with Disabilities Act, 42 U.S.C. §12101 *et seq.* and corresponding regulations, 28 CFR Part 36 and Department of Justice Standards for Accessible Design ("ADA"), (2) California Unruh Civil Rights Act, California Civil Code § 51, 52 ("Unruh") (3) the California Disabled Persons Act ("DPA") and (4) common law of negligence per se.

### PARTIES

2. Plaintiff Peter Strojnik is a veteran and a disabled person as defined by the ADA and DPA.

3. Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is and, at all times relevant hereto has been, legally disabled by virtue of a severe right-sided neural foraminal stenosis with symptoms of femoral neuropathy, prostate cancer and renal cancer, degenerative right knee and is therefore a member of a protected class under the ADA and Unruh.

4. Plaintiff suffers from physical impairments described above which impairments substantially limit his major life activities. Plaintiff walks with difficulty and pain and requires compliant mobility accessible features at places of public accommodation. Plaintiff's impairment is constant, but the degree of pain is episodic ranging from dull and numbing pain to extreme and excruciating agony.

5. Defendant, owns, operates leases or leases to a lodging business ("Hotel") located at 415 W. Carmel Valley Road, Carmel Valley, CA 93924which is a public accommodation pursuant to 42 U.S.C. § 12181(7)(A) and Unruh.

### JURISDICTION

6. District Court has jurisdiction over this case or controversy by virtue of 28 U.S.C. §§ 28-1331 and 42 U.S.C. § 12188 and 28 U.S.C. § 1367.

7. Plaintiff brings this action as a private attorney general who has been personally subjected to discrimination on the basis of his disability, *see* 42 U.S.C.12188 and 28 CFR §36.501.

8. This Court has continuing subject matter jurisdiction by virtue of, *inter alia,* Plaintiff's claim for equitable nominal damages.

9. Venue is proper pursuant to 28 U.S.C. § 1391.

10. The ADAAG violations in this Verified Complaint relate to barriers to Plaintiffs mobility. This impairs Plaintiff's full and equal access to the Hotel which, in turn, constitutes discrimination satisfying the "injury in fact" requirement of Article III of the United States Constitution.

11. Plaintiff is deterred from visiting the Hotel based on Plaintiff's knowledge that the Hotel is not ADA or State Law compliant as such compliance relates to Plaintiff's disability.

12. Plaintiff intends to visit Defendant's Hotel at a specific time when the Defendant's noncompliant Hotel becomes fully compliant with ADAAG; just as a disabled individual who intends to return to a noncompliant facility suffers an imminent injury from the facility's existing or imminently threatened noncompliance with the ADA, a plaintiff who is deterred from patronizing a hotel suffers the ongoing actual injury of lack of access to the Hotel.

**COUNT ONE**
**Violation of Plaintiff's Civil Rights under the ADA**

13. Plaintiff realleges all allegations heretofore set forth.

14. By virtue of his disability, Plaintiff requires an ADA compliant lodging facility particularly applicable to his mobility, both ambulatory and wheelchair assisted.

15. Plaintiff intended to visit the Carmel Valley area and therefore, reviewed hotel booking websites as documented in Addendum A which is by this reference incorporated herein for all purposes.

16. Plaintiff became aware that third party booking websites disclosed general availability and description of Defendant's Hotel. Third Party booking websites referenced here are more fully documented in Addendum A which is by this reference incorporated herein.

17. Third party booking websites failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented in Addendum A.

18. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

19. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented. *See* Addendum A.

20. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

21. Plaintiff thereafter reviewed Defendant's online information relating to accessibility or lack thereof, including in particular photographs of the amenities at the Hotel all as more fully documented in Addendum A.

22. Online information relating to accessibility or lack thereof disclosed architectural barriers to accessibility as more fully documented in Addendum A.

23. Defendant has violated the ADA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above and as outlined in Addendum A.

24. The ADA violations described in Addendum A relate to Plaintiff's disability and interfere with Plaintiff's full and complete enjoyment of the Hotel.

25. As a result of the deficiencies described above, Plaintiff declined to book a room at Defendant's Hotel but booked a room elsewhere.

26. The removal of accessibility barriers listed above is readily achievable.

27. As a direct and proximate result of ADA Violations, Defendant's failure to remove accessibility barriers prevented Plaintiff from equal access to the Defendant's public accommodation.

**WHEREFORE,** Plaintiff prays for all relief as follows:

   A. Relief described in 42 U.S.C. §2000a – 3; and

   B. Relief described in 42 U.S.C. § 12188(a) and (b) and, particularly -

   C. Injunctive relief order to alter Defendant's place of public accommodation to make it readily accessible to and usable by ALL individuals with disabilities; and

   D. Requiring the provision of an auxiliary aid or service, modification of a policy, or provision of alternative methods, to the extent required by Subchapter III of the ADA; and

   E. Equitable nominal damages; and

   F. For costs, expenses and attorney's fees; and

   G. All remedies provided for in 28 C.F.R. 36.501(a) and (b).

## COUNT TWO
### (Violation of the California Unruh Civil Rights Act, Cal. Civ. Code §§51, 52)

28. Plaintiff realleges all allegations heretofore set forth.

29. Plaintiff intended to visit the Carmel Valley area and spend a night there.

30. Plaintiff became aware that 3rd party booking websites disclosed general availability and description of Defendant's Hotel. 3rd Party booking website referenced here is more fully discussed in Addendum A which is by this reference incorporated herein.

31. 3rd party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully disclosed in Addendum A.

32. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. Addendum A.

33. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully disclosed in Addendum A.

34. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. Addendum A.

35. Plaintiff subsequently declined to book a room at the Hotel.

36. Defendant has violated the Unruh by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above.

37. Unruh provides for declaratory and monetary relief to "aggrieved persons" who suffer from discrimination on the basis of their disability.

38. Plaintiff has been damaged by the Defendant's non-compliance with Unruh and is thereby aggrieved.

39. Pursuant to Cal Civ. Code §52, Plaintiff is further entitled to such other relief as the Court considers appropriate, including monetary damages in an amount to be proven at trial, but in no event less than $4,000.00 per encounter with each barrier to accessibility.

40. Pursuant to Unruh, Plaintiff is entitled to costs and expenses in an amount to be proven at trial.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of Unruh; and

b. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, a permanent injunction pursuant to Unruh which directs Defendant to take all steps necessary to bring its accommodation into full compliance with the requirements set forth in the Unruh, and its implementing regulations, so that the Hotel facilities are fully accessible to, and independently usable by, disabled individuals, and which further directs that the Court shall retain jurisdiction for a period to be determined after Defendant certifies that its facilities are fully in compliance with the relevant requirements of the Unruh to ensure that Defendant has adopted and is following an institutional policy that will in fact cause Defendant to remain fully in compliance with the law; and

c. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, the payment of costs of suit; and

d. Order closure of the Defendant's place of public accommodation until Defendant has fully complied with the Unruh; and

e. For damages in an amount no less than $4,000.00 per encounter with barrier; and

f. For treble damages pursuant to Cal Civ. Code. §3345.

g. The provision of whatever other relief the Court deems just, equitable and appropriate.

**COUNT THREE**
**(Violation of the California Disabled Persons Act, Cal. Civ. Code §§54-54.3)**

41. Plaintiff realleges all allegations heretofore set forth.

42. Defendant has violated the DPA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above.

43. The DPA provides for monetary relief to "aggrieved persons" who suffer from discrimination on the basis of their disability.

44. Plaintiff has been aggrieved by the Defendant's non-compliance with the DPA.

45. Pursuant to the DPA, Plaintiff is further entitled to such other relief as the Court considers appropriate, including monetary damages in an amount to be proven at trial, but in no event less than $1,000.00. Cal. Civ. Code § 54.3.

46. Pursuant to the DPA, Plaintiff is entitled to costs in an amount to be proven at trial. Cal. Civ. Code § 54.3.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of Unruh; and

b. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, a permanent injunction pursuant to Unruh which directs Defendant to take all steps necessary to bring its facilities into full compliance with the requirements set forth in the Unruh, and its implementing regulations, so that the facilities are fully accessible to, and independently usable by, disabled individuals as required by law, and which further directs that the Court shall retain jurisdiction for a period to be determined after Defendant certifies that its facilities are fully in compliance with the relevant requirements of the Unruh to ensure that Defendant has adopted and is following an institutional policy that will in fact cause Defendant to remain fully in compliance with the law; and

c. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, the payment of costs of suit; and

d.  Order closure of the Defendant's place of public accommodation until Defendant has fully complied with the DPA; and

e.  For damages in an amount no less than $1,000.00 per violation per encounter; and

f.  For treble damages pursuant to Cal Civ. Code. §3345.

g.  The provision of whatever other relief the Court deems just, equitable and appropriate.

**COUNT FOUR**
Negligence

47. Plaintiff realleges all allegations heretofore set forth.

48. Defendant had a duty to Plaintiff to remove ADA accessibility barriers so that Plaintiff as a disabled individual would have full and equal access to the public accommodation.

49. Defendant breached this duty.

50. Defendant is or should be aware that, historically, society has tended to isolate and segregate individuals with disabilities, and, despite some improvements, such forms of discrimination against individuals with disabilities continue to be a serious and pervasive social problem[1].

51. Defendant knowingly and intentionally participated in this historical discrimination against Plaintiff, causing Plaintiff damage.

52. Discrimination against individuals with disabilities persists in the use and enjoyment of critical public accommodations[2].

53. Defendant's knowing and intentional persistence in discrimination against Plaintiff is alleged, causing Plaintiff damage.

54. Individuals with disabilities, including Plaintiff, continually encounter various forms of discrimination, including outright intentional exclusion, the discriminatory effects of architectural, overprotective rules and policies, failure to make modifications to existing facilities and practices, exclusionary qualification standards and criteria,

[1] 42 U.S.C. § 12101(a)(2)
[2] 42 U.S.C. §12101(a)(3)

8

segregation, and relegation to lesser services, programs, activities, benefits, jobs, or other opportunities[3].

55. Defendant's knowing and intentional discrimination against Plaintiff reinforces above forms of discrimination, causing Plaintiff damage.

56. Census data, national polls, and other studies have documented that people with disabilities, as a group, occupy an inferior status in our society, and are severely disadvantaged socially, vocationally, economically, and educationally[4].

57. Defendant's knowing and intentional discrimination has relegated Plaintiff to an inferior status in society, causing Plaintiff damage.

58. The Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic self-sufficiency for such individuals[5].

59. Defendant's knowing, and intentional discrimination has worked counter to our Nation's goals of equality, causing Plaintiff damage.

60. Continued existence of unfair and unnecessary discrimination and prejudice denies people with disabilities the opportunity to compete on an equal basis and to pursue those opportunities for which our free society is justifiably famous, and costs the United States billions of dollars in unnecessary expenses resulting from dependency and nonproductivity[6].

61. Defendant's knowing and intentional unfair and unnecessary discrimination against Plaintiff demonstrates Defendant's knowing and intentional damage to Plaintiff.

62. Defendant's breach of duty caused Plaintiff damages including, without limitation, the feeling of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial.

63. By violating Plaintiff's civil rights, Defendant engaged in intentional, aggravated and outrageous conduct.

---

[3] 42 U.S.C. §12101(a)(5)
[4] 42 U.S.C. §12101(a)(6)
[5] 42 U.S.C. §12101(a)(7)
[6] 42 U.S.C. §12101(a)(8)

64. The ADA has been the law of the land since 1991, but Defendant engaged in a conscious action of a reprehensible character, that is, Defendant denied Plaintiff his civil rights, and cause him damage by virtue of segregation, discrimination, relegation to second class citizen status the pain, suffering and emotional damages inherent to discrimination and segregation and other damages to be proven at trial

65. Defendant either intended to cause injury to Plaintiff or defendant consciously pursued a course of conduct knowing that it created a substantial risk of significant harm to Plaintiff.

66. Defendant is liable to Plaintiff for punitive damages in an amount to be proven at trial sufficient, however, to deter this Defendant and others similarly situated from pursuing similar acts.

**WHEREFORE,** Plaintiff prays for relief as follows:

    A. For finding of negligence; and

    B. For damages in an amount to be proven at trial; and

    C. For punitive damages to be proven at trial; and

    D. For such other and further relief as the Court may deem just and proper.

**REQUEST FOR TRIAL BY JURY**

Plaintiff respectfully requests a trial by jury in issues triable by a jury.

RESPECTFULLY SUBMITTED this *2019-04-03* .

                         **PETER STROJNIK**

                         Plaintiff

1

## ADDENDUM A

2

| 3RD PARTY BOOKING WEBSITE |
| HOTELS.COM |
| INSUFFICIENT ACCESSIBILITY INFORMATION |

3

4

5

**Main amenities**

6
- ✓ 73 smoke-free guestrooms
- ✓ Restaurant and bar/lounge
7
- ✓ Full-service spa
- ✓ Outdoor pool
8
- ✓ Breakfast available
- ✓ 2 outdoor tennis courts
9
- ✓ Business center
- ✓ In-room childcare
10
- ✓ Terrace
- ✓ 24-hour front desk
11
- ✓ Coffee/tea in a common area
- ✓ Air conditioning
12
- ✓ Free WiFi and free parking

13

14
## At a glance

15

16
**Key facts**

**Hotel size**
17
- 73 rooms
- Arranged over 2 floors
18

**Arriving/leaving**
19
💬 96% of customers were happy with check-in

20
- 24-hour check-in
- Check-out time is noon
21

**Required at check in**
22
- Credit card or cash deposit required
- Government-issued photo ID required
23

24

25

26

27

28

| At the resort | |
|---|---|
| Taking the kids? | In-room childcare (surcharge)  \|  Supervised childcare/activities (surcharge) |
| Food and drink | Full breakfast daily (surcharge)  \|  Restaurant  \|  Bar/lounge  \|  Coffee shop/café  \|  Poolside bar  \|  Coffee/tea in a common area |
| Things to do | Tennis lessons on site  \|  Yoga classes/instruction on site  \|  Golf lessons available nearby  \|  Golfing nearby  \|  Hiking/biking trails nearby  \|  Kayaking nearby  \|  Parasailing nearby  \|  Sailing nearby  \|  Scuba diving nearby  \|  Surfing/boogie boarding nearby |
| Working away | Business center  \|  Number of meeting rooms -  \|  Conference space  \|  Conference space size (feet) -  \|  Conference space size (meters) -  \|  Computer station |
| Services | 24-hour front desk  \|  Concierge services  \|  Tours/ticket assistance  \|  Dry cleaning/laundry service  \|  Laundry facilities  \|  Hair salon  \|  Free newspapers in lobby  \|  Luggage storage  \|  Wedding services  \|  Multilingual staff  \|  Porter/bellhop |
| Facilities | Number of buildings/towers -  \|  Year Built  \|  Safe-deposit box at front desk  \|  Garden  \|  Terrace  \|  Fireplace in lobby |
| Accessibility | Accessible bathroom  \|  In-room accessibility  \|  Roll-in shower |
| Languages Spoken | English |

| Accessibility | Accessible bathroom  \|  In-room accessibility  \|  Roll-in shower |
|---|---|

| In the apartment | |
|---|---|
| Home comforts | In-room climate control (air conditioning)  \|  Air conditioning  \|  Coffee/tea maker  \|  Bathrobes  \|  Slippers  \|  Iron/ironing board |
| Sleep well | Hypo-allergenic bedding available  \|  Down comforter  \|  Blackout drapes/curtains  \|  Turndown service  \|  Premium bedding  \|  Pillowtop mattress |
| Things to enjoy | In-room massage available  \|  Balcony or patio  \|  Separate dining area |
| Freshen up | Private bathroom  \|  Deep soaking bathtub  \|  Free toiletries  \|  Hair dryer |
| Be entertained | 32-inch LCD TV  \|  First-run movies  \|  Pay movies  \|  Premium TV channels  \|  iPod docking station  \|  DVD player |
| Stay connected | Desk  \|  Free newspaper  \|  Free WiFi  \|  Free local calls |
| Food and drink | Refrigerator (on request)  \|  Free bottled water |
| More | Daily housekeeping  \|  In-room safe (laptop compatible)  \|  Connecting/adjoining rooms available |

**Special features**

**Spa**

The Spa has 9 treatment rooms including rooms for couples. Services include deep-tissue massages, hot stone massages, sports massages, and Swedish massages. A variety of treatment therapies are provided, including aromatherapy, Ayurvedic, and hydrotherapy. The spa is equipped with a sauna, a spa tub, a steam room, and Turkish bath/hammam.

The spa is open daily. Children under 18 years old are not allowed in the spa without adult supervision. Guests under 18 years old are not allowed in the spa.

**Dining**

Lucia Restaurant & Bar - This restaurant specializes in local cuisine. Guests can enjoy drinks at the bar. Open daily.

**Recreation**

On Site
- Outdoor tennis courts -
- Sauna
- Spa tub
- Steam room
- Tennis lessons on site
- Yoga classes/instruction on site

Nearby
- Golf lessons available nearby
- Golfing nearby
- Hiking/biking trails nearby
- Kayaking nearby
- Parasailing nearby
- Sailing nearby
- Scuba diving nearby
- Surfing/boogie boarding nearby

⌐ See less

**Bernardus Lodge & Spa, Carmel Valley's small print**

**Also known as**
- Bernardus
- Bernardus Lodge
> See more

**Policies**

The property has connecting/adjoining rooms, which are subject to availability and can be requested by contacting the property using the number on the booking confirmation.

Pet-friendly rooms can be requested by contacting the property at the number on the booking confirmation.

Children under 18 years old are not allowed in the swimming pool without adult supervision.

Children under 18 years old are not allowed in the spa without adult supervision.

Guests under 18 years old are not allowed in the spa.

This property does not have elevators.

Reservations are required for massage services and spa treatments and can be made by contacting the property before arrival at the number on the booking confirmation.

**Mandatory fees**

You'll be asked to pay the following charges at check in or check out:

Pet deposit: USD 150.00 per stay

- Resort fee: USD 33.15 per accommodation, per night

Resort fee inclusions:

- Pool access
- Spa access (may be limited)
> See more

Inclusions may be listed elsewhere on the page as free or for a surcharge.

**Optional extras**

Late check-out can be arranged for an extra charge (subject to availability)

Rollaway beds are available for USD 75.0 per night

Breakfast costs between USD 14 and USD 18 per person (approximately)

Babysitting/childcare is available for an extra charge

Pets are allowed for an extra charge of USD 150 per pet, per stay

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Premium Room, 1 King Bed (Garden)**



Guestroom  [1/5]

**1 King Bed**
525-sq-foot (49-sq-meter) room, balcony/patio with garden views

**Layout** - Separate dining area
**Relax** - In-room massage available
**Internet** - Free WiFi and wired Internet access
**Entertainment** - 32-inch LCD TV with premium channels, first-run movies, iPod dock
**Food & Drink** - Coffee/tea maker, minibar (stocked with some free items), refrigerator (on request), and free bottled water
**Sleep** - Pillowtop bed, Egyptian cotton linens, a down duvet, blackout drapes/curtains, and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, laptop-compatible safe, and free newspaper; rollaway/extra beds available on request
**Comfort** - Air conditioning and daily housekeeping Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Rollaway bed

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

**Premium Room, 1 King Bed (Croquet)**



Guestroom  [1/5]

**1 King Bed**
525-sq-foot (49-sq-meter) room, balcony/patio with garden views

**Layout** - Separate dining area
**Relax** - In-room massage available
**Internet** - Free WiFi and wired Internet access
**Entertainment** - 32-inch LCD TV with premium channels, first-run movies, iPod dock
**Food & Drink** - Coffee/tea maker, minibar (stocked with some free items), refrigerator (on request), and free bottled water
**Sleep** - Pillowtop bed, Egyptian cotton linens, a down duvet, blackout drapes/curtains, and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, laptop-compatible safe, and free newspaper; rollaway/extra beds available on request
**Comfort** - Air conditioning and daily housekeeping Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Rollaway bed

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail

1    to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

2    **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

3

4

5    **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

6

**Premium Room, 2 Queen Beds (Santa Lucia)**

7



8    Guestroom [1/5]

   **2 Queen Beds**
   527-sq-foot (49-sq-meter) room, balcony/patio with mountain views

9

   **Layout** - Separate dining area
   **Relax** - In-room massage available
   **Internet** - Free WiFi and wired Internet access

10    **Entertainment** - 32-inch LCD TV with premium channels, first-run movies, iPod dock

11    **Food & Drink** - Coffee/tea maker, minibar (stocked with some free items), refrigerator (on request), and free bottled water

12    **Sleep** - Pillowtop bed, Egyptian cotton linens, a down duvet, blackout drapes/curtains, and turndown service

13    **Bathroom** - Private bathroom, deep soaking bathtub and separate shower

14    **Sleeps 4 people** (including up to 3 children)    **Practical** - Free local calls, laptop-compatible safe, and free newspaper; rollaway/extra beds available on request

   **Bed choices**

15    • 2 Queen Beds    **Comfort** - Air conditioning and daily housekeeping

   **Extra beds available**    Non-Smoking

16    • Rollaway bed    Connecting/adjoining rooms can be requested, subject to availability

17    **Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

18

19    **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

20

21

22    **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

23

24

25

26

27

28

**Premium Room, 1 King Bed (Santa Lucia)**



Guestroom [1/5]

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed

**Extra beds available**
- Rollaway bed

**1 King Bed**
525-sq-foot (49-sq-meter) room, balcony/patio with mountain and vineyard views

Layout - Separate dining area
Relax - In-room massage available
Internet - Free WiFi and wired Internet access
Entertainment - 32-inch LCD TV with premium channels, first-run movies, iPod dock
Food & Drink - Coffee/tea maker, minibar (stocked with some free items), refrigerator (on request), and free bottled water
Sleep - Pillowtop bed, Egyptian cotton linens, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Private bathroom, deep soaking bathtub and separate shower
Practical - Free local calls, laptop-compatible safe, and free newspaper; rollaway/extra beds available on request
Comfort - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

**Premium Room, 1 King Bed, Accessible (Croquet)**

Guestroom [1/5]

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed

**Extra beds available**
- Rollaway bed

More Info: 866-539-8117

**1 King Bed**
525-sq-foot (49-sq-meter) room, balcony/patio with garden views

Layout - Separate dining area
Relax - In-room massage available
Internet - Free WiFi and wired Internet access
Entertainment - 32-inch LCD TV with premium channels, first-run movies, iPod dock
Food & Drink - Coffee/tea maker, minibar (stocked with some free items), refrigerator (on request), and free bottled water
Sleep - Pillowtop bed, Egyptian cotton linens, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Private bathroom, deep soaking bathtub and separate shower
Practical - Free local calls, laptop-compatible safe, and free newspaper; rollaway/extra beds available on request
Comfort - Air conditioning and daily housekeeping
Accessibility - Wheelchair accessible
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**Luxury Room, 1 King Bed (Croquet)**

Guestroom [1/5]

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed

Extra beds available
- Rollaway bed

1 King Bed
625-sq-foot (58-sq-meter) room, balcony/patio with garden views

Layout - Separate dining area
Relax - In-room massage available
Internet - Free WiFi and wired Internet access
Entertainment - 32-inch LCD TV with premium channels, first-run movies, iPod dock
Food & Drink - Coffee/tea maker, minibar (stocked with some free items), refrigerator (on request), and free bottled water
Sleep - Pillowtop bed, Egyptian cotton linens, a down duvet, blackout drapes/curtains, and turndown service
Bathroom - Private bathroom, deep soaking bathtub and separate shower
Practical - Free local calls, laptop-compatible safe, and free newspaper; rollaway/extra beds available on request
Comfort - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

**Luxury Room, 1 King Bed (Santa Lucia)**



Guestroom  [1/5]

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Rollaway bed

**1 King Bed**
625-sq-foot (58-sq-meter) room, balcony/patio with mountain and garden views

**Layout** - Separate dining area
**Relax** - In-room massage available
**Internet** - Free WiFi and wired Internet access
**Entertainment** - 32-inch LCD TV with premium channels, first-run movies, iPod dock
**Food & Drink** - Coffee/tea maker, minibar (stocked with some free items), refrigerator (on request), and free bottled water
**Sleep** - Pillowtop bed, Egyptian cotton linens, a down duvet, blackout drapes/curtains, and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, laptop-compatible safe, and free newspaper; rollaway/extra beds available on request
**Comfort** - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability.

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

**Luxury Room, 1 King Bed, Accessible (Santa Lucia)**



Guestroom  [1/5]

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Rollaway bed

**1 King Bed**
625-sq-foot (58-sq-meter) room, balcony/patio with mountain and vineyard views

**Layout** - Separate dining area
**Relax** - In-room massage available
**Internet** - Free WiFi and wired Internet access
**Entertainment** - 32-inch LCD TV with premium channels, first-run movies, iPod dock
**Food & Drink** - Coffee/tea maker, minibar (stocked with some free items), refrigerator (on request), and free bottled water
**Sleep** - Pillowtop bed, Egyptian cotton linens, a down duvet, blackout drapes/curtains, and turndown service
**Bathroom** - Private bathroom, deep soaking bathtub and separate shower
**Practical** - Free local calls, laptop-compatible safe, and free newspaper; rollaway/extra beds available on request
**Comfort** - Air conditioning and daily housekeeping
**Accessibility** - Wheelchair accessible
Non-Smoking

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail

1    to reasonably permit Plaintiff to assess independently whether the hotel or guest room
     meets his accessibility needs.

2    **The manner in which the barriers denied Plaintiff full and equal use or access, and
     which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal
3    access by failing to identify and describe accessible features in the hotel and guest
     rooms in enough detail to reasonably permit Plaintiff to assess independently whether
4    the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

5    **The dates on each particular occasion on which Plaintiff encountered such barrier
     and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

6    

7    **Suite, 1 King Bed (Valley Villa)**

Guestroom  [1/6]

Sleeps 3 people (including up to 2 children)
**Bed choices**
  - 1 King Bed
**Extra beds available**
  - Rollaway bed

1 King Bed
1055-sq-foot (98-sq-meter) room, balcony/patio with
mountain views

Layout - Separate dining area
Relax - In-room massage available
Internet - Free WiFi and wired Internet access
Entertainment - 32-inch LCD TV with premium channels,
first-run movies, iPod dock
Food & Drink - Coffee/tea maker, minibar (stocked with
some free items), refrigerator (on request), and free
bottled water
Sleep - Pillowtop bed, Egyptian cotton linens, a down
duvet, blackout drapes/curtains, and turndown service
Bathroom - Private bathroom, deep soaking bathtub and
separate shower
Practical - Free local calls, laptop-compatible safe, and
free newspaper; rollaway/extra beds available on request
Comfort - Air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to
availability

**Identification of Specific Barrier in Plain Language:** Booking website does not
identify and describe accessible features in the hotel and guest rooms in enough detail
to reasonably permit Plaintiff to assess independently whether the hotel or guest room
meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and
which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal
access by failing to identify and describe accessible features in the hotel and guest
rooms in enough detail to reasonably permit Plaintiff to assess independently whether
the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

**The dates on each particular occasion on which Plaintiff encountered such barrier
and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room

meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**Identification of Specific Barrier in Plain Language:** Hotel Photos fail to identify accessible features.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



| | |
|---|---|
| **Identification of Specific Barrier in Plain Language:** No apparent marked passenger drop off zone. | |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. | |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. | |

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15
16
17
18
19
20
21
22
23
24
25



26
27
28

**Identification of Specific Barrier in Plain Language:** Apparently inaccessible pool
**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest

rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



Luxury Room, 1 King Bed (Spa) - Jetted Tub   [12/51]

**Identification of Specific Barrier in Plain Language:** Apparently inaccessible spa.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

1
2
3
4
5
6
7
8
9
10
11
12
13



**Identification of Specific Barrier in Plain Language:** Inaccessible route with no apparent signage to accessible route.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**Identification of Specific Barrier in Plain Language:** Improperly configured handrails.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**Identification of Specific Barrier in Plain Language:** Inaccessible bar.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.





| |
|---|
| **Identification of Specific Barrier in Plain Language:** Inaccessible hotel bar. |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |

1
2
3
4
5
6
7
8



9

**Identification of Specific Barrier in Plain Language:** Inaccessible bar.

10

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

11

12

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

13



14
15
16
17
18
19
20
21
22
23
24
25

26

**Identification of Specific Barrier in Plain Language:** Inaccessible bathroom.

27

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest

28

rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.





**Identification of Specific Barrier in Plain Language:** Inaccessible bar.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



| |
|---|
| **Identification of Specific Barrier in Plain Language:** Inaccessible bar. |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |
| **1ST PARTY BOOKING WEBSITE** <br> **https://www.bernarduslodge.com/** |

ADA

# AMENITIES

We offer six accessible guest rooms. In addition
to the features of the corresponding room type,
these rooms may include:

- Accessible parking, entrance and path of travel

- Accessible check-in process

- King bed or two queen beds with fine linens

- Roll-in showers and shower chairs

- Lower heat and light controls

- Strobe and sound fire alarms

- TTY/TDD devices available

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **By the use of the permissive term "may", guest is left with guessing whether the room is or is not accessible, nor does it disclose the appropriate dispersion of such rooms.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.

# PREMIUM GUEST ROOMS

## ROOMS TO MAKE YOU FEEL AT HOME

———— ♦ ————

Premium guest rooms are meticulously designed and feature contemporary art and furnishings reminiscent of an eclectic luxurious ranch estate. Seagrass wall coverings, ash wood flooring, herringbone mosaic-tiled bathrooms with heated floors and double vanities, and custom-made furnishings and light fixtures add to the allure. Rooms boast views of the vineyard, the Santa Lucia mountain range, pool, croquet and bocce lawn.

# LUXURY GUEST ROOMS

## ROOMS THAT INTEGRATE THE SURROUNDING NATURAL BEAUTY

———— ♦ ————

Imagine a luxuriously-designed ranch estate complete with all the comforts of a residence. Luxury guest rooms are carefully designed to integrate the beauty of our natural surroundings. Seagrass wall coverings, ash wood flooring, herringbone mosaic-tiled bathrooms with double vanities and heated floors, and custom-made furnishings and light fixtures promote the natural elements of the property.

1
2
3
4
5
6
7
8
9
10
11
12

## The VILLAS & SUITES

Inspired by Carmel Valley's wine country setting, The Villas & Suites at Bernardus Lodge & Spa redefine luxury with a warm sophisticated style, and rustic ranch country-chic Carmel Valley lodging.

Consisting of twelve suites, each at a luxe 1,050 square feet, and two 2,100 square foot two-bedroom Villas, treat yourself to the most indulgent accommodations in Carmel Valley. The unique style fuses wine country estate with Carmel sensibilities; each with an extra powder room, wet bar, two fireplaces and a sleeper sofa. All of our Carmel Valley suites include a terrace or balcony with a dining table, lounge chairs and either a fireplace or fire pit. Master baths offer a virtual spa experience within each suite featuring free standing copper soaking tubs and wet rooms complete with wall and rain showers.

Our eight Villa Suites and both of our two-bedroom Villas feature an additional private patio off of the master bath with an outdoor shower. Customized for bridal parties, executive retreats and families, our exclusive two-bedroom Villas feature an intimate dining or meeting space for 12 with cozy indoor and outdoor fireplaces.

| |
|---|
| **Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient dispersement of accessible rooms. **Insufficient dispersion.** |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.** |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**PREMIUM GARDEN**

525 SQ. FT.

MAX OCCUPANCY*: KING - 3 GUESTS / TWO QUEENS - 4 GUESTS

Our Premium Garden rooms are located on the first floor, with
oversized patios and views of our beautifully landscaped
grounds.

KING | TWO QUEENS

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**PREMIUM SANTA LUCIA**

525 SQ. FT.

MAX OCCUPANCY*: KING - 3 GUESTS / TWO QUEENS - 4 GUESTS

These single and second-story rooms offer oversized terraces
and expansive views of the Santa Lucia mountain range or our
award-winning vineyard.

KING | TWO QUEENS

| |
|---|
| **Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.** |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |

1
2
3
4
5
6
7
8
9
10
11
12
13



PREMIUM CROQUET

525 SQ. FT.

MAX OCCUPANCY*: 3 GUESTS

Our Premium Croquet rooms are nestled adjacent to the croquet
lawn and bocce court, with oversized patio.

KING | ADA ACCESSIBLE

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**LUXURY CROQUET**

625 SQ. FT.
MAX OCCUPANCY: 3 GUESTS
These single-story rooms are located adjacent to our playful
croquet and bocce lawn, with an oversized patio.

KING | ADA ACCESSIBLE

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**LUXURY SANTA LUCIA**

625 SQ. FT.
MAX OCCUPANCY: 3 GUESTS
These ground floor and second-story rooms offer an oversized
balcony or patio with views of the pool and the Santa Lucia
mountain range.

KING | ADA ACCESSIBLE

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
|---|
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |
|  |
| **Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.** |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |



**VALLEY VILLA SUITES**

1,050 SQ. FT.
MAX OCCUPANCY*: 5 GUESTS

Our Valley Villa Suites are located on the upper floor of a two-story
building and boast 1,050 sq. feet of space, vaulted ceilings, French
doors opening to a balcony with fireplace and stunning Carmel
Valley views. Rooms feature two fireplaces - one in the living room
and one in the bedroom. Master baths offer a virtual spa
experience with free standing two-person copper soaking tubs and
wet rooms complete with wall and rain showers.

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**VINEYARD VILLA SUITES**

1,050 SQ. FT.
MAX OCCUPANCY*: 5 GUESTS

Our Vineyard Villa Suites are single-story rooms or rooms located
on the ground floor of a two-story building and boast 1,050 sq. feet
of space and French doors opening to a spacious private terrace.
Each living room, bedroom and terrace features its own fireplace.
Master baths offer a virtual spa experience with free standing two-
person copper soaking tubs and wet rooms complete with wall and
rain showers. An additional outdoor shower provides a relaxing
experience on the comfort of your private bath patio.

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



THE VILLAS

2,100 SQ. FT.
MAX OCCUPANCY**: 9 GUESTS

Villa Sol & Villa Carmelo, are our premier two-bedroom, two and
half bathroom suites. Vaulted ceilings, 12-person dining table,
entertaining wet bar with appliances, French doors opening to an
expansive private terrace enhanced with outdoor fire pits, and two
private bath patios each complete with a separate outdoor shower
are just a few of the exclusive amenities included. The
breathtaking Carmel Valley views are highlighted by our sweeping
estate vineyard and the lush Santa Lucia Mountains.

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**VINEYARD VILLA SUITES**

1,050 SQ. FT.
MAX OCCUPANCY*: 5 GUESTS

Our Vineyard Villa Suites are single-story rooms or rooms located
on the ground floor of a two-story building and boast 1,050 sq. feet
of space and French doors opening to a spacious private terrace.
Each living room, bedroom and terrace features its own fireplace.
Master baths offer a virtual spa experience with free standing two-
person copper soaking tubs and wet rooms complete with wall and
rain showers. An additional outdoor shower provides a relaxing
experience on the comfort of your private bath patio.

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.



**VINTNER'S SUITE**

1075-1,790 SQ. FT.
MAX OCCUPANCY***: ONE BEDROOM - 3 GUESTS / TWO BEDROOMS - 9 GUESTS

Our spacious Vintner's Suite can be configured as either a one-
bedroom or two-bedroom suite complete with a professional
kitchen and full-size appliances, seating for up to 10, fireplace,
sofa, overstuffed chairs, 60" flat screen television and an outdoor
terrace. This one-of-a-kind suite offers a view of the pool and is
ideal for families or couples traveling together or perfect for small
board meetings, hospitality functions or family gatherings.

Please call for availability 831-658-3400.

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Disclosure is inconsistent with disclosures on 3rd party website. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018.





**Identification of Specific Barrier in Plain Language:** Apparenty inaccessible pool

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| |
|---|
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |



| |
|---|
| **Identification of Specific Barrier in Plain Language:** Inaccessibleroute with no apparent signage to accessible route. |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |



| |
|---|
| **Identification of Specific Barrier in Plain Language:** No apparent accessible breakfastbar. |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 30, 2018. |

1
2
3    **END**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28