```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018002
Cashier ID: waltonb
Transaction Date: 04/08/2019
Payer Name: Peter Strojnik Sr
----------------------------------------
CIVIL FILING FEE
 For: Peter Strojnik Sr
 Case/Party: D-CAN-5-19-CV-001875-001
 Amount:         $400.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: Peter Strojnik
 Check/Money Order Num: 1596
 Amt Tendered:   $400.00
----------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

NC


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```