United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12

PETER STROJNIK,

Case No. 19-CV-01875-LHK

13

Plaintiff,

14

v.

**ORDER DISMISSING DEFENDANT
MONTEREY HOLDINGS, L.P.
WITHOUT PREJUDICE FOR
FAILURE TO PROSECUTE**

15

WOODSIDE HOTEL GROUP, LTD, et al.,

16

Defendants.

17
18

Plaintiff Peter Strojnik ("Plaintiff") filed this instant action on April 8, 2019 against

19

Bernardus LLC. *See* ECF No. 1. On May 28, 2019, Plaintiff filed an amended complaint that

20

added Woodside Hotel Group, LTD ("Woodside Hotel Group") and Monterey Holdings, L.P.

21

("Monterey Holdings") as Defendants and terminated Bernardus LLC as a defendant. *See* ECF

22

No. 8.

23

Plaintiff filed a proof of service as to Woodside Hotel Group on June 27, 2019, ECF No.

24

10, and Woodside Hotel Group filed an answer and counterclaim for breach of settlement

25

agreement on July 15, 2019, ECF No. 12. However, as of the date of this Order, it appears that

26

Plaintiff has not served Monterey Holdings.

27

1

28

Case No. 19-CV-01875-LHK
ORDER DISMISSING DEFENDANT MONTEREY HOLDINGS, L.P. WITHOUT PREJUDICE FOR FAILURE
TO PROSECUTE

1    Federal Rule of Civil Procedure 4(m) grants a Plaintiff 90 days from the date the complaint

2    is filed to serve all defendants.  Fed. R. Civ. P. 4(m).  "If a defendant is not served within 90 days

3    after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must

4    dismiss the action without prejudice against that defendant or order that service be made within a

5    specified time."  *Id.*  As noted previously, Plaintiff filed the amended complaint on May 28, 2019,

6    and was therefore required to serve Monterey Holdings by August 26, 2019.  *See id.*  Almost three

7    months have passed since the August 26, 2019 deadline, and Plaintiff has yet to file any proof of

8    service as to Monterey Holdings.

9    Because Plaintiff has failed to comply with Federal Rule of Civil Procedure 4(m) by not

10    serving Monterey Holdings by August 26, 2019, the Court DISMISSES without prejudice

11    Plaintiff's claims against Monterey Holdings for failure to prosecute.  The dismissal as to

12    Defendant Monterey Holdings does not dismiss Plaintiff's claims against Woodside Hotel Group,

13    as Plaintiff properly served and filed a proof of service as to Woodside Hotel Group.  ECF No. 10.

14    **IT IS SO ORDERED.**

15

16    Dated: November 18, 2019

17    _Lucy H. Koh_ _____

18    LUCY H. KOH
      United States District Judge

19

20

21

22

23

24

25

26

27

2

28    Case No. 19-CV-01875-LHK
      ORDER DISMISSING DEFENDANT MONTEREY HOLDINGS, L.P. WITHOUT PREJUDICE FOR FAILURE
      TO PROSECUTE

United States District Court
Northern District of California