United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODSIDE HOTEL GROUP, LTD, et al.,<br><br>    Defendants. | Case No. 19-CV-01875-LHK<br><br>**ORDER OF REASSIGNMENT**<br><br>Re: Dkt. Nos. 15, 19 |

On November 18, 2019, the Court dismissed Monterey Holdings, L.P. without prejudice because Plaintiff Peter Strojnik ("Plaintiff") failed to comply with Federal Rule of Civil Procedure 4(m), which required Plaintiff to serve Monterey Holdings by August 26, 2019, which is 90 days after the amended complaint was filed on May 28, 2019. ECF No. 28. Accordingly, only Defendant Woodside Hotel Group, LTD ("Defendant") remains as a defendant. Both Plaintiff and Defendant have consented to the assignment of this case to a Magistrate Judge for all purposes, including entry of final judgment. *See* ECF Nos. 15, 19. Therefore, the Clerk shall reassign the instant case to a Magistrate Judge. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

1

Case No. 19-CV-01875-LHK
ORDER OF REASSIGNMENT

Dated: November 18, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge