1  Robert D. Vogel (State Bar No. 63091)
   JACKSON LEWIS P.C.
2  725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017
3  Telephone: (213) 689-0404
   Facsimile: (213) 689-0430
4  E-mail: Robert.vogel@jacksonlewis.com

5  Janelle J. Sahouria (State Bar No. 253699)
   Trey Sims (State Bar No. 327959)
6  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
7  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
8  Facsimile: (415) 394-9401
   Email: Janelle.Sahouria@jacksonlewis.com

Attorneys for Defendant
WOODSIDE HOTEL GROUP LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>     Plaintiff,<br><br>     v.<br><br>Woodside Hotel Group, LTD.,<br><br>     Defendant. | Case No. 5:19-cv-01875-NC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed: 04/08/2019<br>Trial Date: Not Set |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear their own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1

2  Dated: December 23, 2019                    JACKSON LEWIS P.C.

3

4                                              By:  /s/Janelle Sahouria
                                                    Robert D. Vogel
5                                                   Janelle J. Sahouria
                                                    Attorneys for Defendant
6                                                   WOODSIDE HOTEL GROUP LTD

7

8

9  Dated: December 23, 2019                    By: _____
10                                                  Peter Strojnik
                                                    Plaintiff In Pro Per
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR DISMISSAL              2                Case No. 5:19-cv-01875-NC